FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAY 23 2022

JM
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-cr-00194 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| MARLO LADD | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about September 25, 2021, in the Middle District of Tennessee, **MARLO LADD**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock Model 23 .40 caliber pistol, and a FN America 9mm caliber pistol; and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

_____
FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

JOSEPH P. MONTMINY
ASSISTANT UNITED STATES ATTORNEY

**FILED UNDER SEAL**